## STATE OF FLORIDA v HOLMES
### Case No. 89-056 AC
Eleventh Judicial Circuit, Dade County

February 14, 1990

### APPEARANCES OF COUNSEL

**Robert D. Butterworth,** Attorney General, for appellant.

**Bruce Rosenthal, Esquire,** for appellee.

Before RIVKIND, BARAD, NADLER, JJ.

### OPINION OF THE COURT

PER CURIAM.

The victim of a domestic situation informed the court she did not wish to prosecute the defendant. Over objection, the trial court entered a dismissal for lack of prosecution. We reverse on the authority of *State v Bryant,* 14 FLW 2372 (Fla. 3d DCA, October 10, 1989). In *Bryant,* the Court held:

"Upon learning that the victim did not want to testify against

defendant Bryant, the trial court dismissed the charges. Whether to prosecute is a determination to be made by the state, not the trial court. . . ."

Reversed and remanded for further proceedings.